Michael Adams (SBN 185835)
madams@rutan.com
Briana Fitzpatrick (SBN 301824)
bfitzpatrick@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>TORCH LITE INN; an entity of unknown form; PRAVIN PATEL, an individual; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO. 4:15-CV-2002 DMR<br><br>**NOTICE OF DISMISSAL** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to FRCP 41, Plaintiff American Automobile Association, Inc. hereby dismisses this action.

Dated: July 1, 2015                              RUTAN & TUCKER, LLP


                                                 By:     /s/ *Michael Adams*
IT IS SO ORDERED:                                        Michael D. Adams
_____                                   Attorneys for Plaintiff
Edward M. Chen                                           AMERICAN AUTOMOBILE
U.S. District Judge                                      ASSOCIATION, INC.

*[Signature and seal: Judge Edward M. Chen, United States District Court, Northern District of California — IT IS SO ORDERED]*

2314/017601-0103
8604638.1 a07/01/15

-1-
NOTICE OF DISMISSAL